CATHERINE BERNUNZIO, Appellant, *v.* WILLIAM T. PLUMB et al., as Receivers of NEW YORK STATE RAILWAYS, Respondents.

JOHN BERNUNZIO, Appellant, *v.* WILLIAM T. PLUMB et al., as Receivers of NEW YORK STATE RAILWAYS, Respondents.

Submitted November 21, 1938; decided November 29, 1938.

*John H. Berman* for motion.

No one opposed.

Motion granted and appeals dismissed, with costs and ten dollars costs of motion, unless appellants file and serve undertaking on appeals and pay ten dollars costs within ten days, in which event the motion is denied.